# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JANE ROE, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cv-945 |
| | : | |
| v. | : | Chief Judge Edmund A. Sargus, Jr. |
| | : | |
| JAVAUNE ADAMS-GASTON, *et al.*, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendants. | : | |

## DISCOVERY ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Discovery Order, the Court finds the motion well- taken and it is hereby GRANTED. In keeping with the discovery schedule set forth in this Court's Order of November 16, 2017 (ECF # 20), Defendants shall produce the following documents during the written discovery phase:

1. The OSU Office of Student Conduct files for the two student conduct cases that are the subject of this lawsuit.

2. The OSU Office of Student Conduct Hearing Packets for the two student conduct cases that are the subject of this lawsuit.

3. The transcripts of the two Student Conduct Hearings that are the subject of this lawsuit.

   **IT IS SO ORDERED.**

                                             */s Chelsey M. Vascura*
                                             CHELSEY M. VASCURA
                                             UNITED STATES MAGISTRATE COURT